DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JOSE ANGEL VILLASENOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CRS 07-248 WBS |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER ALLOWING DEFENDANT TO PLACE TELEPHONE CALL TO FAMILY IN MEXICO |
| JOSE ANGEL VILLASENOR | |
| Defendant. | |

On March 11, 2009, the family of Mr. Jose Angel Villasenor informed counsel that Mr. Villasenor's father had passed away. We are requesting that Mr. Villasenor be allowed to make a phone call to his mother in Mexico from the Sacramento County Jail.

**O R D E R**

Counsel for the government having expressly advised that the government has no objections, **IT IS SO ORDERED.**

By the Court,

Dated: March 16, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE