LAWRENCE G. BROWN
United States Attorney
JASON HITT
WILLIAM S. WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIO DIAZ, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:07-cr-0248 WBS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SETTING THE BRIEFING SCHEDULE ON DEFENDANT JOSE VILLASEÑOR'S MOTION FOR SEVERANCE |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Jose VILLASEÑOR ("defendant"), by and through his counsel, Dina Santos, Esq., hereby stipulate and agree that the briefing schedule and hearing on defendant's motion to sever should be set as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

```
             Government's Response:    August 24, 2009
             Defendant's Reply:        August 31, 2009
             Hearing:                  September 8, 2009, at
                                       8:30 a.m.


                                       Respectfully Submitted,

                                       LAWRENCE G. BROWN
                                       United States Attorney

DATED:  August 11, 2009         By:/s/Jason Hitt
                                   JASON HITT
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorneys


DATED:  August 11, 2009         By:/s/Dina Santos, Esq.
                                   Authorized to sign for
                                   Ms. Santos on 08-06-09
                                   Attorney for Mr. VILLASENOR
```

2

**ORDER**

Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule and hearing date as follows:

| | |
|---|---|
| Government's Brief: | August 24, 2009 |
| Defendant's Brief: | August 31, 2009 |
| Hearing: | September 8, 2009, at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED:  August 11, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE