1  DINA L. SANTOS, Bar #204200
   428 J STREET
2  Sacramento, California 95814
   Telephone: (916) 447-0160
3  Fax: (916) 447-2988

4

5  Attorney for Defendant
   Jose Angel Villasenor
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    ) CR. NO. S-07-248 WBS
                                )
13           Plaintiff,          ) ORDER TO CONTINUE
                                ) JUDGMENT AND SENTENCING
14      v.                      )
                                ) DATE:   May 17, 2010
15 JOSE ANGEL VILLASENOR        ) TIME:   8:30 a.m.
                                ) COURT:  Hon. Judge Shubb
16           Defendant.          )
                                )
17 _____ )
                                )
18                              )
                                )
19                              )
                                )
20     Defendant, JOSE ANGEL VILLASENOR, through his attorney of record,

21 Dina Santos, and the United States of America, through Assistant U.S.

22 Attorney Jason Hitt, agree as follows:

23     It is hereby stipulated that the Judgement and Sentencing

24 currently set for April 5, 2010, be vacated and a date be scheduled on

25 May 17, 2010 at 8:30 a.m., for Judgement and Sentencing.

26     The probation department has already submitted a first draft of

27 the probation report to both counsel.  Informal objections will be due

28

April 19, 2010; a final draft to the court will be provided on April 25, 2010; motions to correct will be due on May 13, 2010; Statement of Non-opposition due on May 10, 2010; and Judgement and Sentencing will occur on May 17, 2010.

All counsel have consulted and have agreed to the new dates and have consulted with United States Probation Officer Lynda Moor. All counsel have authorized Ms. Santos to sign on their behalf.

Respectfully submitted,

Dated: March 23, 2010      /S/ Dina L. Santos
                           DINA L. SANTOS
                           Attorney for Defendant
                           JOSE ANGEL VILLASENOR

DATED: March 23, 2010      /S/ Jason Hitt
                           JASON HITT
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the date for Judgement and Sentencing currently set for April 5, 2010, be vacated and a new date be scheduled on May 17, 2010 at 8:30 a.m.

DATED:  March 24, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28