IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-07-248 WBS |
| Plaintiff, | ORDER DENYING REQUEST TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| JOSE ANGEL VILLASENOR | |
| Defendant. | |

Defendant, JOSE ANGEL VILLASENOR, through his attorney of record, Dina Santos, has requested that the judgment and sentencing date be rescheduled for July 19, 2010.  The United States Attorney opposes the request.  The reason for the request is that defense counsel requires a trial transcript in order to accurately object to the presentence report.  Counsel has not indicated why a trial transcript is necessary or which portions of the record she needs to have transcribed.  The trial in this matter was relatively short and not particularly complicated.  Defense counsel was present for the entire trial, took notes, and was assisted by a paralegal during each

day of the trial.  The court cannot, as a matter of course, continue the judgment and sentence of every defendant who goes to trial until after a complete transcript of the trial has been prepared.

      Defendant's request for a continuance of judgment and sentencing is therefore DENIED without prejudice.  If defense counsel can specify which portions or portions of the trial she needs transcribed and show why she needs a transcript in order to make objections to the presentence report, the court will reconsider the request.

DATE:  April 22, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE