UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOSE ANGEL VILLASENOR,<br><br>       Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | CR. NO. 2:07-0248-18 WBS<br><br>ORDER |

----oo0oo----

On February 23, 2017, defendant Jose Angel Villasenor filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 1501.)  The United States shall file an opposition to petitioner's motion no later than March 23, 2017.  Petitioner may then file a reply no later than April 13, 2017.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  February 23, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1